THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* MANNING STREWL, Respondent.

(Argued April 29, 1936; decided May 19, 1936.)

*John T. Delaney,* District Attorney (*Robert E. Whalen* and *Henry S. Kahn* of counsel), for appellant.

*George H. Smith* for respondent.

Appeal dismissed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.